IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LILLIAN LEIVA,

      Plaintiff,

v.

BANK OF AMERICA f/k/a COUNTRYWIDE HOME LOANS, et al.,

      Defendants.
                                                /

No. C 09-05576 SI

**ORDER VACATING HEARING; ORDER TO SHOW CAUSE**

On November 24, 2009, plaintiff filed suit in this Court alleging violations of the federal Truth in Lending Act ("TILA"), Real Estate Settlement Procedures Act ("RESPA"), and a number of state law claims. Defendants have filed two separate motions to dismiss. Plaintiff has filed a statement of non-opposition to the dismissal of her federal TILA and RESPA claims and has filed an amended complaint asserting only her state law claims. Plaintiff's amended complaint indicates that defendant Soldati is a citizen of California. Am. Compl. ¶ 10. In light of the dismissal of plaintiff's federal claims, it appears there is no longer a basis for federal subject matter jurisdiction in this action. Accordingly, the Court hereby orders as follows:

1.     The hearing currently scheduled for March 19, 2010 is hereby VACATED.

2.     The parties are directed to show cause in writing, to be filed no later than **March 15, 2010**, why this action should not be dismissed for lack of federal jurisdiction.

**IT IS SO ORDERED.**

Dated: March 2, 2010

                                                            SUSAN ILLSTON
                                                            United States District Judge