IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIAN LEIVA, | No. C 09-05576 SI |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| BANK OF AMERICA f/k/a COUNTRYWIDE HOME LOANS, et al., | |
| Defendants. | |

On March 2, 2010, the Court issued an Order to Show Cause why this action should not be dismissed for lack of federal jurisdiction after plaintiff filed a notice of non-opposition to dismissal of her federal claims and filed an amended complaint asserting only state law claims. In responding to the Court's show cause order, plaintiff agreed that there is no continued basis for federal jurisdiction and stated that she does not oppose dismissal of this action.

Accordingly, this action is hereby DISMISSED for lack of federal jurisdiction.

**IT IS SO ORDERED.**

Dated: March 16, 2010

SUSAN ILLSTON
United States District Judge